UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:19CR 212 (SRU) |
| v. | VIOLATION: |
| JAMES FARRELL | 18 U.S.C. § 1344(1) (Bank Fraud) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Bank Fraud)

#### Background

1. At all times relevant to this Indictment, the defendant JAMES FARRELL resided in East Haven, Connecticut.

2. From in or about 1992 until in or about June 2015, FARRELL was the Chief Executive Officer of the New Haven County Credit Union (hereinafter "NHCCU"), a financial institution whose deposits were insured by the National Credit Union Share Insurance Fund. Thereafter, Farrell was retained by the NHCCU's Board of Directors to provide assistance to the new Chief Executive Officer of NHCCU and provided these services until March 14, 2016. During the course of his employment by NHCCU, FARRELL had access to NHCCU's general ledger account and could transfer funds to other accounts.

3. From in or about 2010 until in or about 2016, FARRELL also provided financial and bookkeeping services to The Rib House, a restaurant located in East Haven, Connecticut. He was primarily responsible for depositing cash sales and managing invoices. The Rib House maintained a business account at NHCCU.

1

## The Scheme to Defraud

4. From in or about July 2011 until in or about March 2016, in the District of Connecticut, JAMES FARRELL, with the intent to defraud, devised a scheme and artifice to defraud a financial institution, that is, the NHCCU, by means of materially false and fraudulent pretenses, representations, and promises. As set forth below with more particularity, the scheme involved the fraudulent transfer of funds by FARRELL from NHCCU's general ledger account to The Rib House account without permission from the NHCCU.

5. As part of the scheme to defraud, FARRELL had knowledge of the operating costs and required expenditures of The Rib House.

6. Further, as part of the scheme to defraud, FARRELL accessed the NHCCU general ledger account and transfer money into The Rib House account to allow that entity to pay its operating costs, including paying taxes, food and liquor suppliers and other operating expenses.

7. Further, as part of the scheme to defraud, from July 21, 2011 to March 14, 2016, FARRELL fraudulently transferred $602,908.96 from the NHCCU general ledger account primarily to The Rib House account and, to a lesser extent, for his personal benefit. During that same time period, FARRELL replenished $370,278.18 to the NHCCU general ledger account, leaving a shortfall of $232,630.78.

## Execution of Scheme

8. On or about February 28, 2016, in the District of Connecticut, the defendant JAMES FARRELL, for the purpose of executing the scheme described above, transferred $11,000 of funds belonging to NHCCU to the account for The Rib House for the purpose of satisfying an overdraft in the Rib House account.

All in violation of Section 1344(1) of Title 18 of the United States Code.

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
RAY MILLER
ASSISTANT UNITED STATES ATTORNEY